# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. H-12-227 |
| | § | |
| LACOE DENISE FULTON | § | |

## ORDER

Defendant LaCoe Denise Fulton has filed a Motion for Early Release from Probation [Doc. # 5]. Contrary to Fulton's statement in the Motion, the Court's records reflect that she has not satisfied all the terms and conditions of her probation because she has paid only $2,000.00 toward the $293,825.00 restitution obligation. As a result, it is hereby

**ORDERED** that the Motion for Early Release from Probation [Doc. # 5] is **DENIED**.

SIGNED at Houston, Texas, this 17th day of **March, 2014**.

*Nancy F. Atlas*
Nancy F. Atlas
United States District Judge