United States District Court
Southern District of Texas
**ENTERED**
August 17, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v.  § § | CR. NO.H-12-227-01 |
| LACOE DENISE FULTON, § | |

## ORDER

The Court has considered Defendant's Motion to Terminate Defendant's Probation Term [Doc. # 9]. By email from United States Probation Office, it appears the Probation Officers assigned to Ms. Fulton are unopposed to the motion. It is therefore

**ORDERED** that the Motion for Early Termination of Supervised Release is **GRANTED.**

SIGNED at Houston, Texas, this 18th day of August, 2016.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE